WILLIAM POST, as Guardian ad Litem of DONALD POST, an Infant, et al., Respondents, *v.* THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.

(Argued May 13, 1930; decided June 3, 1930.)

*Charles E. Spencer* for appellant.

*Clifford H. Searl* for William Post, as guardian *ad litem*, et al., respondents.

*Daniel Scanlon* for Talmadge C. Cherry as temporary receiver of Empire State Railroad Corporation, respondent.

Order affirmed, with costs. Questions certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.